IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MENDEL KALIFF CO. d/b/a Kaliff Insurance Company, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. SA-09-CA-926-FB ) |
| HAAS & WILKERSON, INC., and GARLAND T. SHIPP, | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order of Dismissal Without Prejudice signed this date,

IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Voluntary Dismissal (docket no. 79) is GRANTED such that the above-styled and numbered cause is DISMISSED Without Prejudice. Motions pending with the Court, if any, are Dismissed as Moot.

It is so ORDERED.

SIGNED this 15th day of November, 2010.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE